IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YVETTE YOUNG,

    Plaintiff,                           CIV. NO. S- 09-1115 GEB GGH PS

  vs.

GREENPOINT MORTGAGE FUNDING, INC. et al.,

    Defendants.                      ORDER AND

_____ /        ORDER TO SHOW CAUSE

        Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to Local Rule 72-302(c)(21). Defendants GMAC Mortgage, LLC, Executive Trustee Services, LLC, and Mortgage Electronic Registration Systems, Inc.'s motion to dismiss is presently noticed for hearing on the June 18, 2009, law and motion calendar of the undersigned. Defendants Greenpoint Mortgage Funding, Inc. and Marin Conveyance Corporation's motion to dismiss is presently calendared for hearing on June 25, 2009. Opposition to motions, or a statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing date. E.D. Cal. L. R. 78-230(c). Court records reflect that plaintiff failed to file oppositions or a statement of non-opposition to the motions.

        Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L. R. 11-110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). Additionally, "[n]o party will be entitled to be heard in opposition to a motion at oral arguments

if written opposition to the motion has not been timely filed." E.D. Cal. L. R. 78-230(c).[1]  Pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor.  <u>King v. Atiyeh</u>, 814 F.2d 565, 567 (9th Cir. 1987); <u>Jacobsen v. Filler</u>, 790 F.2d 1362, 1364-65 (9th Cir.1986).  The Local Rules specifically provide that cases of persons appearing in propria persona who fail to comply with the Federal and Local Rules are subject to dismissal, judgment by default, and other appropriate sanctions.  E.D. Cal. L. R. 83-183.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing dates of June 18 and 25, 2009 are vacated.  Hearing on defendants' motions  is continued to July 16, 2009.

2. Plaintiff shall show cause, in writing, no later than July 2, 2009 why sanctions should not be imposed for failure timely to file oppositions or a statement of non-opposition to the pending motions.

3. Plaintiff is directed to file oppositions, if any, to the motions, or a statement of non-opposition thereto, no later than July 2, 2009.  Failure to file oppositions and appear at hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.

DATED: June 12, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Young1115.osc.wpd

---

[1] Moreover, failure to appear at hearing may be deemed withdrawal of opposition to a motion or may result in sanctions. E.D. Cal. L. R. 78-230(j).

2